**Exhibit B**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN YANG <br><br>                 Plaintiff, <br><br>     v. <br><br> BARSTOOL SPORTS, INC. <br><br>                 Defendant. | **STIPULATION OF NOTICE OF SETTLEMENT AND DISMISSAL WITH PREJUDICE (FRCP 41(a)(1)(A)(ii)** <br><br> **Case No.: 1:18-cv-3802-JPO** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Plaintiff, Stephen Yang, and counsel for the Defendant, Barstool Sports, Inc., that the parties have reached a confidential settlement in principle and that all claims asserted in the above-captioned action are dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear its own attorneys' fees and costs.

Richard P. Liebowitz

LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 301
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: 9/24/18

*Attorney for Plaintiff Stephen Yang*

SO ORDERED:

J. PAUL OETKEN
United States District Judge

Gloria Franke Shaw

Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Tel: 310-788-4458
Gloria.Shaw@KattenLaw.com

Dated: 9/24/18

*Attorney for Defendant Barstool Sports, Inc.*

Dated: September 26, 2018

9